It has been impossible, in this opinion, to consider all the points of the very able arguments that have been presented, or all the important contentions that have arisen. The brief of the defendants has met the case of the complainant thoroughly and completely, and with very exceptional ability and commendable fairness has demonstrated, in my opinion, that the complainant's case rests upon a patent that should not have been granted, and which is void for error apparent upon the face of the records of the patent office; that, as a matter of fact, Berliner on June 4, 1877, the date of his application, had not made the discovery that speech could be transmitted with the apparatus of the patent in suit, and was at that time, and long after, like other unsuccessful experimenters, attempting to use a broken current. In addition to the fundamental defects in the complainant's title to the patent, it appears that the best argument that skilled experts and learned and ingenious counsel can base upon this patent is logically untenable and legally unsound. The bills will be dismissed.

# MEMORANDUM DECISIONS.

AMERICAN NAT. BANK v. STONE. (Circuit Court of Appeals, Sixth Circuit. January 21, 1901.) No. 707. Appeal from the Circuit Court of the United States for the District of Kentucky. James P. Helm, for appellant. No opinion. Reversed. See 88 Fed. 409.

ARMOUR PACKING CO. v. HOLCOMB. SCHWARZSCHILD & SULZBERGER CO. v. SAME. METROPOLITAN ST. RY. CO. v. SAME. SWIFT & CO. v. SAME. CONSOLIDATED KANSAS CITY SMELTING & REFINING CO. v. SAME. (Circuit Court of Appeals, Eighth Circuit. April 6, 1901.) Nos. 1,506–1,510. Appeals from the Circuit Court of the United States for the District of Kansas. Frank Hagerman, for appellants. Dismissed on motion of appellants, the clerk's costs in this court to be taxed against the appellants.

BAILEY, Marshal, v. JOHNSON. (Circuit Court of Appeals, Eighth Circuit. February 25, 1901.) No. 1,523. In Error to the Circuit Court of the United States for the District of Colorado. C. W. Waterman, for plaintiff in error. Dismissed, with costs, on motion of plaintiff in error.

BAILEY, Marshal, v. JOHNSON. (Circuit Court of Appeals, Eighth Circuit. February 25, 1901.) No. 1,524. Appeal from the Circuit Court of the United States for the District of Colorado. C. W. Waterman, for appellant. Dismissed, with costs, on motion of appellant.